UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KELLY MCMINN; aka CAMILLA/KAYMA, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-1243 |
| | § | |
| S S D ENTERPRISES, INC.; dba THE RITZ HOUSTON, *et al*, | § § § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with Plaintiff's Stipulation of Dismissal with Prejudice filed on October 7, 2021 (Doc. No. 40) this case is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

SIGNED at Houston, Texas, this ____8th____ day of October 2021.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE